# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| AEL FINANCIAL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 14-CV-00462 |
| v. | ) |
| | ) |
| ROBERT J. PELLAR, | ) |
| | ) |
| Defendant. | ) |

## JOINT MOTION FOR ENTRY OF FINAL JUDGMENT AGAINST ROBERT J. PELLAR

NOW COMES Plaintiff AEL FINANCIAL, LLC ("AEL") and Defendant Robert J. Pellar ("Pellar") (collectively, the "Parties"), by and through their respective counsel, and for their Joint Motion for Entry of Final Judgment against Pellar, pursuant to Federal Rule of Civil Procedure 54, stipulate and state as follows:

1. The Parties stipulate to the entry of a judgment in favor of AEL and against Pellar on all counts contained in AEL's Verified Complaint.

2. The Parties request that the Court enter a final judgment in favor of AEL and against Pellar in the amount of $44,617.12 under the First Cause of Action and $60,607.76 under the Second Cause of Action of AEL's Verified Complaint, plus attorneys' fees and costs.

WHEREFORE, the Parties respectfully request that the Court enter an order:

    a.    Granting this Joint Motion for Entry of Final Judgment against Pellar;

    b.    Entering final judgment in favor of AEL and against Pellar in the amount of $44,617.12 under the First Cause of Action of AEL's Verified Complaint;

    c.    Entering final judgment in favor or AEL and against Pellar in the amount of $60,607.76 under the Second Cause of Action of AEL's Verified Complaint;

d. Granting AEL attorneys' fees in the amount of $5,601.00 and costs in the amount of $1,149.71; and

e. Granting any further relief as the Court deems just and appropriate.

Respectfully submitted,

| | |
|---|---|
| AEL FINANCIAL, LLC, | ROBERT J. PELLAR, |
| By: /s/ Nicholas Beard | By: /s/Ariel Weissberg |
| Thomas V. Askounis, Esq. | Ariel Weissberg, Esq. |
| D. Alexander Darcy, Esq. | Weissberg and Associates, Ltd. |
| Nicholas J. Beard, Esq. | 401 South LaSalle Street, Ste. 403 |
| ASKOUNIS & DARCY, PC | Chicago, IL 60605 |
| 444 N. Michigan Ave., Suite 3270 | T: 312-663-0004 |
| Chicago, IL 60611 | F: 312-663-1514 |
| T: 312-784-2400 | ariel@weissberglaw.com |
| F: 312-784-2410 | |
| taskounis@askounisdarcy.com | |
| adarcy@askounisdarcy.com | |
| nbeard@askounisdarcy.com | |